IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: SEARCH WARRANT FOR: | ) | |
| | ) | 8:07MJ73 |
| 9168 Boyd Street | ) | |
| Omaha, Nebraska | ) | ORDER |
| | ) | |



**SEALED**

IT IS HEREBY ORDERED that the government's Motion to Seal Search Warrant and Application and Affidavit including Search Warrant Returns (Filing No. _____) and this Order are sealed.

Dated this 11th day of May, 2007.

BY THE COURT:

THOMAS D. THALKEN
United States Magistrate Judge